## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RACHEL IMSCHWEILER AND JARED
IMSCHWEILER

v.

ILENE KATZ WEIZER, M.D., JAMES
XENOPHON, M.D. AND A WOMAN'S
CARE OB-GYN, P.C.

PETITION OF:  ILENE KATZ WEIZER,
M.D., AND A WOMAN'S CARE OB-GYN,
P.C.

: No. 950 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.